UNITED STATES of America,
Plaintiff–Appellee,

v.

William J. ABRACZINSKAS,
Defendant–Appellant.

No. 06–12811
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 8, 2006.

Nancy J. Hess, United States Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

William J. Abraczinskas, Miami, FL, pro se.

Before TJOFLAT, BLACK and MARCUS, Circuit Judges.

PER CURIAM:

Spyro Theodore Kypreos, appointed counsel for William J. Abraczinskas on this direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and

Abraczinskas's conviction and sentence are **AFFIRMED.**